BENJAMIN B. WAGNER
United States Attorney
KATHLEEN A. SERVATIUS
MELANIE L. ALSWORTH
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America



IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:14-MJ-00077 SAB |
|---|---|
| Plaintiff, | **UNDER SEAL** |
| v. | ORDER UNSEALING COMPLAINT |
| RICHARD WILSON KEY, | |
| Defendant. | |

The United States having applied to this Court, for a complaint in the above-captioned proceedings and having applied for the complaint to remain under seal in order to prevent the flight of the target of the investigation, and that individual having now been arrested and in federal custody,

IT IS HEREBY ORDERED, that the complaint and affidavit in support thereof in the above-entitled matter shall be unsealed.

Dated: MAY 8, 2014

HONORABLE STANLEY A. BOONE
U.S. MAGISTRATE JUDGE

Order Unsealing Complaint                                              1